[See Case No. 12,612.]

---

## Case No. 12,613a.

### SEDGWICK v. HUYGENS.

[Cited in The Fanny, Case No. 4,639a. Nowhere reported; opinion not now accessible.]